UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN H. RAY, III, | ) <br> ) |
| Plaintiff, | ) ) Civil Action No. 1:11-CV-11370-RGS ) |
| v. | ) ) |
| ROPES & GRAY LLP, et al., | ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' ASSENTED-TO MOTION
TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Defendants hereby move to file under seal Defendants' Motion for a Protective Order Regarding Testimony of Irrelevant Consensual Romantic and Sexual Relationships and exhibits. As grounds, Defendants state that the motion and exhibits contain information designated "Confidential" and/or "For Attorneys' Eyes Only" pursuant to the Court's August 1, 2012 Protective Order.

Defendants intend to file a redacted copy for the public record after conferring with Plaintiff's co-counsel.

Defendants request that the material be impounded until further order of the Court.

Plaintiff consents to this motion.

Dated: August 1, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Christopher R. Hart

　　　　　　　　　　　　　　　　　　Michael B. Keating, Esq.
　　　　　　　　　　　　　　　　　　　　(Mass. BBO #263360)
　　　　　　　　　　　　　　　　　　Martin F. Murphy, Esq.
　　　　　　　　　　　　　　　　　　　　(Mass. BBO #363250)
　　　　　　　　　　　　　　　　　　Christopher R. Hart, Esq.
　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Daniel L. McFadden, Esq
　　　　　　　　　　　　　　　　　　　　(Mass. BBO # 676612)
　　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　　Seaport World Trade Center West
　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　Boston, MA  02210-2600
　　　　　　　　　　　　　　　　　　Tel: (617) 832-1232
　　　　　　　　　　　　　　　　　　Fax: (617) 832-7000
　　　　　　　　　　　　　　　　　　mkeating@foleyhoag.com
　　　　　　　　　　　　　　　　　　mmurphy@foleyhoag.com
　　　　　　　　　　　　　　　　　　chart@foleyhoag.com
　　　　　　　　　　　　　　　　　　dmcfadden@foleyhoag.com

　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　Lisa G. Arrowood
　　　　　　　　　　　　　　　　　　　　(Mass. BBO #022330)
　　　　　　　　　　　　　　　　　　ARROWOOD PETERS LLP
　　　　　　　　　　　　　　　　　　10 Post Office Square, Suite 1180-N
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　617-849-6200
　　　　　　　　　　　　　　　　　　LArrowood@arrowoodpeters.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that, on August 1, 2012, the parties conferred in a good faith attempt to narrow or resolve the issues raised in this motion. Plaintiff consents to this motion.

                                                             /s/ Christopher R. Hart

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, a true copy of the above Motion was served electronically through this Court's CM/ECF system on all of the parties.

                                                             /s/  Christopher R. Hart